

FILED IN COURT OF APPEALS
12th Court of Appeals District

APR 10 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

FILE COPY

RE: Case No. 15-0105            DATE: 4/10/2015
COA #: 12-14-00217-CV     TC#: 2013-0254-P-1
STYLE: BARBARA GAIL HARRIS
   v. HAYDEN R. MAYFIELD, INDEPENDENT EXECUTOR OF THE
      ESTATE OF HAYDEN R. MAYFIELD, DECEASED, AND
      TRUSTEE UNDER THE WILL OF HAYDEN R. MAYFIELD

Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX 75702